Scheindlin, S.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PRECEDO CAPITAL GROUP INC. and
CONTINENTAL ADVISORS SA,

                Plaintiffs,

      v.

TWITTER INC.,

                Defendant.
------------------------------------------------------------x

No. 13-Civ-7678-SAS

Judge Shira A. Scheindlin

**STIPULATION AND ORDER**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs Precedo Capital Group Inc. and Continental Advisors SA and for Defendant Twitter, Inc., that Defendant's time to answer, move, or otherwise respond to the complaint shall be extended from November 21, 2013 until December 16, 2013. In the event that Defendant intends to respond by moving to dismiss the complaint, the parties will comply with section IV.B of the Court's Individual Rules and Procedures. If an exchange of letters is unable to eliminate the need for a motion, the parties agree to the following briefing schedule:

| | |
|---|---|
| December 16, 2013 | Defendant's opening brief |
| January 24, 2014 | Plaintiffs' opposition brief |
| February 7, 2014 | Defendant's reply brief |

Dated: New York, New York
         November 13, 2013

BARATTA, BARATTA & AIDALA LLP

By: _____
Joseph P. Baratta
546 Fifth Avenue, 6th Floor
New York, New York 10036
(212) 750-9700
*Attorneys for Plaintiffs*

SIMPSON THACHER & BARTLETT LLP

By: _____
Bruce D. Angiolillo
425 Lexington Avenue
New York, New York 10017
(212) 455-2000
*Attorneys for Defendant*

SO ORDERED this 14 day of November, 2013

_____
SHIRA A. SCHEINDLIN, U.S.D.J.

*No further extensions will be granted.*